JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEIL A. VACCHIANO, | ) | CV 12-2003 DSF (VBKx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| KEVIN W. WESSELL, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having ordered that the case be dismissed for failure to prosecute in the name of the real party in interest,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 3/24/14

_____
Dale S. Fischer
United States District Judge